# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULLIAN R. PHILLIPS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-24-1194-D |
| ROBERT MURRANT, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 7] in its entirety.

For the reasons stated therein, this action is **DISMISSED** without prejudice to refiling. A separate judgment will be entered accordingly.

**IT IS SO ORDERED** this 24th day of February 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge